Case 2:21-cr-00047-MCS   Document 1   Filed 02/16/21   Page 1 of 10   Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
02/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:21-cr-00047-MCS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| TIGRAN ZMRUKHTYAN, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about December 18, 2020, in Los Angeles County, within the Central District of California, defendant TIGRAN ZMRUKHTYAN knowingly possessed the following firearms and ammunition, in and affecting interstate and foreign commerce:

1. One Taurus model P-22, .22 caliber pistol, bearing serial number Z034717;

2. One Walther model PPQ, 9mm caliber pistol, bearing serial number FAO2978;

3. One Ruger model .22 Charger, .22 caliber pistol, bearing serial number 490-83937;

4. One EAA model EA/R, .38 caliber revolver, bearing serial number 1580060;

5. One Kel-Tec model P3AT, .380 caliber pistol, bearing serial number JNQ26;

6. Approximately 175 rounds of Aguila .22 caliber ammunition;

7. Approximately 45 rounds of Companhia Brasileira de Cartuchos .380 Auto caliber ammunition;

8. Approximately 36 rounds of Winchester 9mm Luger caliber ammunition;

9. Approximately 22 rounds of Remington 9mm Luger caliber ammunition;

10. Approximately 10 rounds of Browning .22 caliber ammunition;

11. Approximately 9 rounds of Winchester .38 Special caliber ammunition;

12. Approximately 5 rounds of Remington .38 Special caliber ammunition;

13. Approximately 2 rounds of Sellier & Bellot 9mm Luger caliber ammunition;

14. Approximately 1 round of Prvi Partizan 9mm Luger caliber ammunition;

15. Approximately 1 round of Poongsan 9mm Luger caliber ammunition;

16. Approximately 1 round of Blazer 9mm Luger caliber ammunition;

17. Approximately 1 round of Blazer .38 Special caliber ammunition;

18. Approximately 1 round of Speer .38 Special caliber ammunition;

19. Approximately 1 round of Federal .38 Special caliber ammunition;

20. Approximately 1 round of Winchester .38 Special caliber ammunition;

21. Approximately 1 round of Prvi Partizan .38 Special caliber ammunition;

22. Approximately 1 round of Poongsan .38 Special caliber ammunition;

23. Approximately 1 round of Geco .38 Special caliber ammunition;

24. Approximately 1 round of Armscor .38 Special caliber ammunition; and

25. Approximately 1 round of Fiocchi .38 Special caliber ammunition.

Defendant ZMRUKHTYAN possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, Case Number GA089427, on or about August 6, 2013;

(2) Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, Case Number GA089427, on or about August 6, 2013;

(3) Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, Case Number GA089561, on or about June 11, 2013;

(4) Grand Theft, in violation of California Penal Code Section 487(a), in the Superior Court of the State of California, County of Los Angeles, Case Number GA089709, on or about August 6, 2013;

(5) Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, Case Number GA089709, on or about August 6, 2013;

(6) Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, Case Number GA089709, on or about August 6, 2013;

(7) Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, Case Number GA092101, on or about January 28, 2014;

(8) Petty Theft with Priors, in violation of California Penal Code Section 666(a), in the Superior Court of the State of California, County of Los Angeles, Case Number GA092101, on or about January 28, 2014;

(9) Receiving Stolen Property, in violation of California Penal Code Section 496(a), in the Superior Court of the State of California, County of Los Angeles, Case Number GA097092, on or about October 8, 2015;

(10) Receiving Stolen Property, in violation of California Penal Code Section 496(a), in the Superior Court of the State of California, County of Los Angeles, Case Number GA097092, on or about October 8, 2015;

    (11) Attempted Residential Burglary, in violation of California Penal Code Sections 664 and 459, in the Superior Court of the State of California, County of Los Angeles, Case Number GA098616, on or about May 9, 2016;

    (12) Felon/Addict in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number GA098720, on or about May 9, 2016;

    (13) Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, Case Number GA100095, on or about June 27, 2017;

    (14) Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, Case Number GA100157, on or about June 27, 2017;

    (15) Felon/Addict in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number GA104874, on or about June 24, 2019;

    (16) Prohibited Possession of Ammunition, in violation of California Penal Code Section 30305(a)(1), in the Superior Court of the State of California, County of Los Angeles, Case Number GA104874, on or about June 24, 2019;

    (17) Vehicle Theft, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Los Angeles, Case Number GA104874, on or about June 24, 2019;

    (18) Receiving Stolen Property, in violation of California Penal Code Section 496(a), in the Superior Court of the State of

California, County of Los Angeles, Case Number GA104874, on or about June 24, 2019; and

(19) Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, Case Number GA105178, on or about September 26, 2019.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a) All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following:

        1. One Taurus model PT22, .22 caliber semi-automatic pistol, bearing serial number Z034717;

        2. One Walther model PPQ, 9mm caliber pistol, bearing serial number FAO2978;

        3. One Ruger model .22 Charger, .22 caliber pistol, bearing serial number 490-83937;

        4. One EAA model EA/R, .38 caliber revolver, bearing serial number 1580060;

        5. One Kel-Tec model P3AT, .380 caliber pistol, bearing serial number JNQ26;

        6. Approximately 175 rounds of Aguila .22 caliber ammunition;

        7. Approximately 45 rounds of Companhia Brasileira de Cartuchos .380 Auto caliber ammunition;

8. Approximately 36 rounds of Winchester 9mm Luger caliber ammunition;

9. Approximately 22 rounds of Remington 9mm Luger caliber ammunition;

10. Approximately 10 rounds of Browning .22 caliber ammunition;

11. Approximately 9 rounds of Winchester .38 Special caliber ammunition;

12. Approximately 5 rounds of Remington .38 Special caliber ammunition;

13. Approximately 2 rounds of Sellier & Bellot 9mm Luger caliber ammunition;

14. Approximately 1 round of Prvi Partizan 9mm Luger caliber ammunition;

15. Approximately 1 round of Poongsan 9mm Luger caliber ammunition;

16. Approximately 1 round of Blazer 9mm Luger caliber ammunition;

17. Approximately 1 round of Blazer .38 Special caliber ammunition;

18. Approximately 1 round of Speer .38 Special caliber ammunition;

19. Approximately 1 round of Federal .38 Special caliber ammunition;

20. Approximately 1 round of Winchester .38 Special caliber ammunition;

21. Approximately 1 round of Prvi Partizan .38 Special caliber ammunition;

1    22.  Approximately 1 round of Poongsan .38 Special
2 caliber ammunition;
3    23.  Approximately 1 round of Geco .38 Special caliber
4 ammunition;
5    24.  Approximately 1 round of Armscor .38 Special
6 caliber ammunition; and
7    25.  Approximately 1 round of Fiocchi .38 Special
8 caliber ammunition."
9   (b)  To the extent such property is not available for
10 forfeiture, a sum of money equal to the total value of the property
11 described in subparagraph (a).
12  3.  Pursuant to Title 21, United States Code, Section 853(p),
13 as incorporated by Title 28, United States Code, Section 2461(c), the
14 defendant, if so convicted, shall forfeit substitute property, up to
15 the value of the property described in the preceding paragraph if, as
16 the result of any act or omission of the defendant, the property
17 described in the preceding paragraph or any portion thereof (a)
18 cannot be located upon the exercise of due diligence; (b) has been
19 transferred, sold to, or deposited with a third party; (c) has been
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

9

```
 1  placed beyond the jurisdiction of the court; (d) has been
 2  substantially diminished in value; or (e) has been commingled with
 3  other property that cannot be divided without difficulty.
 4                                     A TRUE BILL
 5
 6                                         /S/
 7                                     Foreperson
 8
     TRACY L. WILKISON
 9   Acting United States Attorney

10   BRANDON D. FOX
     Assistant United States Attorney
11   Chief, Criminal Division

12   [signature]

13
     SCOTT M. GARRINGER
14   Assistant United States Attorney
     Deputy Chief, Criminal Division
15
     JOSHUA O. MAUSNER
16   Assistant United States Attorney
     Deputy Chief, General Crimes
17   Section

18   MARIA JHAI
     Assistant United States Attorney
19   General Crimes Section

20
21
22
23
24
25
26
27
28
```